```
Label Matrix for local noticing              Arthur Lindquist-Kleissler           Attorney General of Texas
0540-4                                       950 South Cherry Street              Bankruptcy Division
Case 20-42257                                Ste 418                              PO Box 12548
Eastern District of Texas                    DENVER, CO 80246-2662                Austin, TX 78711-2548
Sherman
Wed Nov  9 16:56:31 CST 2022

Wanda Bertoia                                (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS   Frisco Acquisition LLC
5466 South Hannibal Court                    REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION   PO Box 2145
Centennial, CO 80015-4282                    PO BOX 13528                         Frisco, TX 75034-0038
                                             AUSTIN TX 78711-3528


Holland & Hart LLP                           Holland & Hart, LLC                  Todd A. Hoodenpyle
Stromberg Stock, PLLC                        555 17th Street                      Singer & Levick, P.C.
8350 N Central Expy                          Ste. 3200                            16200 Addison Rd., Ste. 140
Ste 1225                                     Denver, CO 80202-3921                Addison, TX 75001-5377
Dallas, TX 75206-1600


Internal Revenue Service                     Internal Revenue Service             Keating Wagner Polidori Free, P.C.
Centralized Insolvency                       Mail Code DAL-5020                   1290 Broadway
PO Box 7346                                  1100 Commerce Street                 Suite 600
Philadelphia, PA  19101-7346                 Dallas, Texas 75242-1100             Denver, CO 80203-5606


Larry A. Levick                              Larry Alan Levick                    (p)SHELDON E LEVY
Singer & Levick, P.C.                        Singer & Levick PC                   ATTN SHELDON LEVY
16200 Addison Rd.                            16200 Addison Rd                     6320 SOUTHWEST BLVD
Suite 140                                    Suite 140                            SUITE 204
Addison, TX 75001-5377                       Addison, TX 75001-5377               FORT WORTH TX 76109-6961


John P Lewis Jr.                             Joyce W. Lindauer                    Linebarger Goggan Blair & Sampson
Hayward PLLC                                 Joyce Lindauer, Attorney             2777 N. Stemmons Freeway
10501 North Central Expressway               1412 Main Street                     Suite 1000
Ste 106                                      Suite 500                            Dallas, TX 75207-2328
Dallas, TX 75231-2203                        Dallas, TX 75202-4042


Christopher Moser                            Richard Podoll                       (p)BECKHAM PORTELA
2001 Bryan Street, Suite 1800                Podoll & Podoll, P.C.                3400 CARLISLE STREET
Dallas, TX 75201-3070                        5619 Dtc Pkwy., Suite 1100           SUITE 550
                                             Greenwood Village, CO 80111-3064     DALLAS TX 75204-0354


Quilling, Selander, Lownds, Winslett & Moser Patrick J. Schurr                    Jules P. Slim
2001 Bryan Street, Suite 1800                Scheef & Stone, L.L.P.               P.O. Box 140307
Dallas, TX 75201-3070                        2600 Network Boulevard               Irving, TX 75014-0307
                                             Suite 400
                                             Frisco, TX 75034-6010


Mark Stromberg                               Terry Gorrell                        Texas Workforce Commission
Stromberg Stock                              Holland & Hart LLP                   101 East 15th Street
8350 N Central Expy                          555 17th Street, Suite 3200          Austin, TX 78778-0001
Ste 1225                                     Denver, CO 80202-3921
Dallas, TX 75206-1600


U. S. Attorney                               U. S. Trustee's Office               U.S. Attorney General
110 N. College Ave.                          110 N. College Street                Department of Justice
Suite 700                                    Suite 300                            Main Justice Building
Tyler, TX 75702-0204                         Tyler, TX 75702-7231                 10th & Constitution Ave., NW
                                                                                  Washington, DC 20530-0001
```

| | | |
|---|---|---|
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | WPB Hospitality, LLC<br>c/o Wanda Bertoia<br>5466 South Hannibal Court<br>Centennial, CO 80015-4282 | WPB Hospitality, LLC<br>Lindquist-Kleissler & Company, LLC<br>950 South Cherry St.<br>Denver, CO 80246-2699 |
| WPB Hospitality, LLC<br>c/o Richard Podoll<br>Podoll & Podoll, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, CO 80111-3064 | Wanda Bertoia<br>c/o Richard Podoll<br>Podoll & Podoll, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, CO 80111-3064 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Public Accts<br>Rev Acctg Div/Bankruptcy Dept<br>PO BOX 13528<br>Austin, TX 78711 | Sheldon Levy<br>6320 Southwest Blvd., Ste. 204<br>Ft. Worth, TX 76109 | Jose M. Portela<br>Beckham Portela<br>3400 Carlisle Street<br>Suite 550<br>Dallas, TX 75204 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jagmohan Dhillon | (d)Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3070 | (u)Brett Payton<br>Coan Payton & Payne, LLC |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     3
Total                  37