# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 20-42257 |
| **FRISCO ACQUISITION LLC** § | |
| § | **(Chapter 7)** |
| **DEBTOR.** § | |

## ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS CASE WITH PREJUDICE

**CAME ON** for consideration the *Joint Motion to Voluntarily Dismiss Case With Prejudice* ("**Motion**") jointly filed by Christopher J. Moser, Chapter 7 Trustee for the Bankruptcy Estate of Frisco Acquisition LLC ("**Trustee**"), by and through his counsel of record, Singer & Levick, P.C., Frisco Acquisition LLC ("**Debtor**"), by and through its counsel of record, Joyce W. Lindauer Attorney, PLLC and Jules Slim, P.C. , Wanda Bertoia ("**Bertoia**"), by and through her attorneys of record, Podoll & Podoll, P.C. and Scheef & Stone, L.L.P., and WPB Hospitality, L.L.C. ("**WPB**"), by and through its attorneys of record, Podoll & Podoll, P.C. and Scheef & Stone, L.L.P.F (together, the "**Parties**"), and the Court is of the opinion that such Motion should be, and hereby is, GRANTED.

      **IT IS SO ORDERED**.

 

**HONORABLE BRENDA T. RHOADES**
**Chief United States Bankruptcy Judge**